JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA ALVAREZ )<br>)<br>      **Plaintiff(s),** )<br>  v. )<br>)<br>AMERICAN MORTGAGE SOURCE, ET. )<br>AL., )<br>)<br>      **Defendant(s).** )<br>)<br>)<br>)<br>_____ ) | CASE NO. SA CV09-0231-DOC(VBKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on December 31, 2009. Plaintiff was ordered to show cause in writing no later than January 19, 2010, why this action should not be dismissed for lack of prosecution. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: January 29, 2010

                                          */s/ David O. Carter*
                                      _____
                                         DAVID O. CARTER
                                         United States District Judge